**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

RUTH TANENBAUM, individually and on behalf
of all others similarly situated,                    CASE NO. 3:21-cv-00751-wmc

      Plaintiff,

v.

MASON COMPANIES, INC.,

      Defendant.

**NOTICE OF VOLUNTARY DISMISSAL**

      Plaintiff Ruth Tanenbaum, hereby dismisses the above-entitled action against defendant Mason Companies, Inc. without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: April 27, 2022                    Respectfully submitted,

                                     By: /s/ Frank S. Hedin

                                   Frank S. Hedin
                                   fhedin@hedinhall.com
                                   **HEDIN HALL LLP**
                                   1395 Brickell Avenue, Suite 1140
                                   Miami, Florida 33131
                                   Tel: (305) 357-2107
                                   Fax: (305) 200-8801

                                   *Counsel for Plaintiff*